UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA
Western Division

**U.S.A. vs. Christa Fitchett Pulley**　　　　　　　　　　　　　　**Docket No. 5:05-CR-57-1H**

### Petition for Action on Term of Supervised Release

COMES NOW Timothy L. Gupton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of, Christa Fitchett Pulley, who, upon an earlier plea of guilty to 21 U.S.C. § 846: Conspiracy to Distribute and Possess With Intent to Distribute More Than 50 Grams of Cocaine Base (Crack), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on October 4, 2005, to the custody of the Bureau of Prisons for a term of 108 months imprisonment. It was further ordered that upon release from imprisonment, the defendant be placed on supervised release for 60 months. On July 13, 2006, pursuant to a Rule 35 Order, the term of imprisonment was reduced to 78 months.

Christa Fitchett Pulley was released from custody on June 2, 2011, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 21, 2013, in Wilson County, North Carolina, Pulley was charged with Driving While Impaired and Speeding (13CR53982). On October 4, 2013, a Violation Report was submitted to the court advising of the new charges, and the court agreed to continue supervision pending disposition of the charges. On August 25, 2014, in the Wilson County District Court, Pulley pled guilty to Driving While Impaired, and was sentenced to unsupervised probation with 24 hours of community service. Based on this plea, it is recommended that the defendant complete an additional 16 hours of community service for violating the terms and conditions of her supervised release. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 16 hours of community service as directed by the probation office. If referred for placement and monitoring by the State of North Carolina, the $200 fee is waived.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Michael C. Brittain | /s/ Timothy L. Gupton |
| Michael C. Brittain | Timothy L. Gupton |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8686 |
| | Executed On: August 28, 2014 |

Christa Fitchett Pulley
Docket No. 5:05-CR-57-1H
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this 28th day of August, 2014 and ordered filed and made a part of the records in the above case.

*Malcolm J. Howard*
Malcolm J. Howard
Senior U.S. District Judge